**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JUDY M. BURNS WILLBANKS                                                                   PLAINTIFF

v.                                      No. 3:14CV00017 JLH-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

United States Magistrate Judge J. Thomas Ray has submitted a recommended disposition in which he recommends that the Court affirm the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to deny Judy M. Burns Willbanks' application for disability benefits. Willbanks has not objected to the recommended disposition. The recommended disposition is adopted as the disposition of this Court. A judgment will be entered separately.

IT IS SO ORDERED this 2nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE