**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JUDY M. BURNS WILLBANKS                                                              PLAINTIFF

v.                                    No. 3:14CV00017 JLH-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, on the complaint of Judy M. Burns Willbanks. The decision of the Commissioner to deny Willbanks' application for benefits is affirmed. The complaint of Judy M. Burns Willbanks is hereby dismissed with prejudice.

IT IS SO ORDERED this 2nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE